**[J-53-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 764 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | January 4, 2018 in the Court of |
| | : | Common Pleas, York County, |
| v. | : | Criminal Division at. No. CP-67-CR- |
| | : | 0001673-1995 |
| | : | |
| MARK NEWTON SPOTZ, | : | SUBMITTED:  July 2, 2018 |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

  **AND NOW,** this 21st day of September, 2018, the Order of the Common Pleas Court of York County dismissing Appellant's PCRA petition as untimely filed is **AFFIRMED** for the same reasons set forth in *Commonwealth v. Spotz*, 171 A.3d 675 (Pa. 2017).